UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FILED

2008 DEC 16  P 1: 36

SAW PALMETTO BERRIES CO-OP OF
FLORIDA, INC.,
a Florida corporation,
        Plaintiff,

v.                            Case No. 2:07-cv-743-FtM-34DNF

EUROMED USA, INC., and
JOSEPH VEILLEUX,
        Defendants.
_____/

## ORDER

This matter is before this Court on Defendant Euromed USA, Inc's "Motion for Involuntary Dismissal With Prejudice, and for Attorney's Fees and Costs, Based on Plaintiff's Obstruction of the Discovery Process and Perjury and Request for Short Telephonic Conference Regarding Same" (Dkt. 101), Plaintiff Saw Palmetto Berries Co-op of Florida, Inc.'s "Motion for Contempt Based on Defense Counsel's Violation of Court Order" (Dkt. 102), and the parties responses thereto (Dkts. 103, 105).

Accordingly, it is **ORDERED**:

Since the matter was handled by Judge Douglas N. Frazier it is **REFERRED** to him for a Report and Recommendation.

**DONE AND ENTERED** at Jacksonville, Florida, this _16th_ day of December, 2008.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Douglas N. Frazier
Richard M. Treiser, Esq.
Craig A. Goddy, Esq.
David E. Cannella, Esq.
Jason A. Perkins, Esq.